```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
              Criminal No. 09-349(02) (DWF/SER)
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>              Plaintiff,      )<br>                                )  **GOVERNMENT'S POSITION**<br>          v.                    )  **ON DEFENDANT'S SENTENCING**<br>                                )<br>MARK STEVEN SUTTON,             )<br>                                )<br>              Defendant.       ) | |

The United States of America, by and through its undersigned counsel, hereby submits its position with respect to sentencing in the above-captioned case. The defendant Mark Sutton should be sentenced to a term of imprisonment between 78 and 97 months.

The defendant was convicted by a jury of three counts related to a tax conspiracy and a high-yield investment fraud scheme. The advisory Guidelines yield an offense level of 28. The calculation is based on a loss exceeding $1,000,000, at least 10 victims, a substantial part of the scheme having been committed outside the United States, and an enhancement for his conspiracy conviction under 18 U.S.C. § 1956(h).

The imprisonment range is 78-97 months. The facts in this case and the defendant's circumstances, as well as his personal gain in excess of $300,000, merit a sentence within this range.

Date: June 2, 2011                    Respectfully submitted,

                                      B. TODD JONES
                                      United States Attorney

                                      *S/Robert M. Lewis*

                                      BY:  ROBERT M. LEWIS
                                      Assistant U.S. Attorney