# eNVESTCLUB, LTD

ST. HELIER, JERSEY
CHANNEL ISLANDS

## Statement

LAYTON, HAROLD

DECEMBER 31, 2005

Anniversary Date:

| Purchase Month | Shares Purchased | Class | Price Per Share | Total Dollars Purchased | Total Shares | Statement Date | New Value Per Share* | Total Shares | New Stock value |
|---|---|---|---|---|---|---|---|---|---|
| | | D | | | | 31-Dec-01 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 31-Mar-02 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 30-Jun-02 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 30-Sep-02 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 31-Dec-02 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 31-Mar-03 | $3,216.26 | 56.01 | $180,142.72 |
| | | | | | | 30-Jun-03 | $3,280.59 | 56.01 | $183,745.85 |
| | | | | | | 30-Sep-03 | $3,346.20 | 56.01 | $187,420.66 |
| | | | | | | 31-Dec-03 | $3,379.66 | 56.01 | $189,294.76 |
| | | | | | | 31-Mar-04 | $3,447.25 | 56.01 | $193,080.47 |
| | | | | | | 30-Jun-04 | $3,550.67 | 56.01 | $198,873.03 |
| | | | | | | 30-Sep-04 | $3,621.68 | 56.01 | $202,850.30 |
| | | | | | | 31-Dec-04 | $3,657.90 | 56.01 | $204,878.98 |
| | | | | | | 30-Jun-05 | $3,731.06 | 56.01 | $208,976.67 |
| | | | | | | 31-Dec-05 | | | |

PROM NOTE PER JOE

* This per share value is NOT the cost of a new share. Consult with the Club administrators to determine your cost for a new share, if one is to be purchased.

ATTACHMENT K

**eNVESTCLUB** IS A PRIVATE CLUB AND IS FOR THE BENEFIT OF ITS SHAREHOLDERS. ...␣␣␣␣␣ND FAMILY OF THE OTHER MEMBERS AND DIRECTLY OF THE PRINCIPALS. THE STOCK VALUES WILL VARY FROM ␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣TIAL GROWTH IS NOT A CERTAIN INDICATION OF FUTURE GROWTH. THE PRINCIPALS WILL DO EVERYTHING POSSIBLE TO INVEST WISELY IN VARIOUS PRODUCTS TO PROVIDE THE BEST GROWTH POSSIBLE. IT IS ALSO UNDERSTOOD THAT ALL MEMBERS ARE RESPONSIBLE FOR APPLICABLE.

Return Rate: 244.98%

# eNVESTCLUB, LTD

ST. HELIER, JERSEY
CHANNEL ISLANDS

## Statement

LAYTON, HAROLD

December 31, 2001

| Purchase Month | Shares Purchased | Class | Price Per Share | Total Dollars Purchased | Total Shares | Statement Date | New Value Per Share* | Total Shares | New Stock value |
|---|---|---|---|---|---|---|---|---|---|
| June-00 | 100 | D | $1,000.00 | $100,000.00 | 100 | 30-Jun-00 | $1,177.00 | 100 | $117,700.00 |
| | | | | | | 31-Jul-00 | $1,384.00 | 100 | $138,400.00 |
| | | | | | | 31-Aug-00 | $1,439.00 | 100 | $143,900.00 |
| | | | | | | 30-Sep-00 | $1,500.00 | 100 | $150,000.00 |
| | | | | | | 31-Oct-00 | $1,629.00 | 100 | $162,900.00 |
| | | | | | | 30-Nov-00 | $1,697.00 | 100 | $169,700.00 |
| | | | | | | 31-Dec-00 | $1,841.25 | 100 | $184,125.00 |
| | | | | | | 31-Jan-01 | $2,016.17 | 100 | $201,616.88 |
| | | | | | | 28-Feb-01 | $2,217.79 | 100 | $221,779.00 |
| | | | | | | 31-Mar-01 | $2,408.00 | 100 | $240,800.00 |
| | | | | | | 30-Apr-01 | $2,624.00 | 100 | $262,400.00 |
| | | | | | | 31-May-01 | $2,873.00 | 100 | $287,300.00 |
| | | | | | | 30-Jun-01 | $2,907.00 | 100 | $290,700.00 |
| | SHARES SOLD | | | | | 31-Jul-01 | $2,936.07 | 100 | $293,607.00 |
| Sep-01 | 11.32 | D | $3,091.53 | $35,000.00 | | 31-Aug-01 | $2,964.07 | 100 | $296,407.00 |
| Sep-01 | 16.5 | D | $3,091.53 | $51,000.00 | | 30-Sep-01 | $3,091.53 | 56.01 | $173,156.60 |
| Sep-01 | 16.17 | D | $3,091.53 | $50,000.00 | 56.01 | 31-Oct-01 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 30-Nov-01 | $3,098.53 | 56.01 | $173,548.67 |
| | | | | | | 31-Dec-01 | $3,098.53 | 56.01 | $173,548.67 |

* This per share value is NOT the cost of a new share. Consult with the Club administrators to determine your cost for a new share, if one is to be purchased.

**eNVESTCLUB** IS A PRIVATE CLUB AND IS FOR THE BENEFIT OF ITS SHAREHOLDERS. ALL MEMBERS ARE FRIENDS AND FAMILY OF THE OTHER MEMBERS AND DIRECTLY OF THE PRINCIPALS. THE STOCK VALUES WILL VARY FROM MONTH TO MONTH, AND THE INITIAL GROWTH IS NOT A CERTAIN INDICATION OF FUTURE GROWTH. THE PRINCIPALS WILL DO EVERYTHING POSSIBLE TO INVEST WISELY IN VARIOUS PRODUCTS TO PROVIDE THE BEST GROWTH POSSIBLE. IT IS ALSO UNDERSTOOD THAT ALL MEMBERS ARE RESPONSIBLE FOR THEIR OWN TAXES WHEREVER APPLICABLE.

```
Bank of America, N.A.                                       Account Reference Information
P.O. Box 798                                                Account Number: ######## 1099
Wichita, KS 67201                                           Tax ID Number:  #####8176
                                                            E  0   0 A Enclosures 0
                                                            Statement Period
                                                            10/01/01 through 10/31/01
```

TABLETALK, INC.

Page 4 of 6

---
                        Business Economy Checking
---

                    Withdrawals and Debits - Continued

Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 10/09 | 51,000.00 | Wire Type:Wire Out Date:100901 Time:1652 Et Trn:011009027463 Fdref/Seq:011009027463/000363 Bnf:Rh Layton ID:255297 Bnf Bk:Muleshoe State Bank ID:111316793 Pmt Det:Envestclub | 903710090027463 |
| /09 | 12.50 | Wire Transfer Fee | 903710090044237 |
| 10/09 | 14.00 | Wire Transfer Fee | 903710090044238 |
| 10/09 | 150.00 | Wire Transfer Fee | 903710090045909 |
| 10/10 | 16,830.00 | Wire Type:Wire Out Date:101001 Time:1108 Et Trn:011010010752 Fdref/Seq:011010010752/000056 Bnf:Joseph Finney ID:1082154285 Bnf Bk:Bank One Co Lorado N A ID:102001017 | 903710100010752 |
| 10/10 | 25.00 | Wire Transfer Fee | 903710100032719 |
| 10/10 | 501.30 | Ent Federal   10/16 #000001853 Withdrwl 2336 N Wahsatch A  Colorado Spri Co | 917810160001853 |
| 10/16 | 20,000.00 | Wire Type:Intl Out Date:101601 Time:1221 Et Trn:011016013258 Bnf:Albert Wanous ID:1750000910000044 Bnf Bk:Raiff Eisen Bank Polska ID:Rcbwplpw Pmt Det:Re: Invest C Lub /Tele/ | 903710160013258 |
| 10/16 | 25,000.00 | Wire Type:Wire Out Date:101601 Time:1217 Et Trn:011016013033 Fdref/Seq:011016013033/000069 Bnf:Don Brown ID:0086864642 Bnf Bk:Wells Fargo Ban K, N.A. ID:121000248 | 903710160013033 |
| 10/16 | 50,000.00 | Wire Type:Wire Out Date:101601 Time:1218 Et Trn:011016013096 Fdref/Seq:011016013096/000070 Bnf:R.H. Layton ID:255297 Bnf Bk:Muleshoe State Ba Nk ID:111316793 | 903710160013096 |
| 10/16 | 76,000.00 | Web Xfers NV004961798509 Confirmation # 9909082237 | 950510160024064 |
| 10/16 | 2.00 | Ent Federal   10/16 #000001853 Withdrwl 2336 N Wahsatch A  Colorado Spri Co   Fee | 917810160001853 |
| 10/16 | 40.00 | Wire Transfer Fee | 903710160029691 |
| 10/16 | 50.00 | Wire Transfer Fee | 903710160029682 |
| 10/17 | 85,000.00 | Wire Type:Wire Out Date:101701 Time:1214 Et Trn:011017013402 Fdref/Seq:011017013402/000078 Bnf:Charles Schwab ID:40607595 Bnf Bk:Citibank N.A . ID:021000089 Pmt Det:Re: Ffc Acct 66236392 Randy Nelson | 903710170013402 |
| 10/17 | 25.00 | Wire Transfer Fee | 903710170028886 |
| 10/18 | 10,000.00 | Wire Type:Wire Out Date:101801 Time:1357 Et Trn:011018019575 Fdref/Seq:011018019575/000132 Bnf:James Heath ID:36017954 Bnf Bk:The Western Nat Ional Bn ID:107001232 Pmt Det:Envest Club | 903710180019575 |

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201

Account Reference Information
Account Number: ████████ 1099
Tax ID Number: ██-██████176
E 0   0 A Enclosures 0
Statement Period
10/01/01 through 10/31/01

TABLETALK, INC.

Page 3 of 6

-------------------------------------------------------------------------------
                         Business Economy Checking
-------------------------------------------------------------------------------

                       Withdrawals and Debits - Continued
                       ----------------------------------

Other Debits
------------

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 10/05 | 10,000.00 | Wire Type:Wire Out Date:100501 Time:1239 Et Trn:011005017341 Fdref/Seq:011005017341/000129 Bnf:Dennis Houchen ID:194311173471 Bnf Bk:U.S. Ban K, N.A. ID:102000021 Pmt Det:Ref: Envestclub | 903710050017341 |
| 10/05 | 10,000.00 | Wire Type:Intl Out Date:100501 Time:1240 Et Trn:011005017401 Bnf:Nigel Francis ID:06037685 Bnf Bk:Barbados Nati Onal Bank ID:Bnbabbbb Pmt Det:/Tele/ | 903710050017401 |
| 10/05 | 18,030.00 | Wire Type:Wire Out Date:100501 Time:1556 Et Trn:011005032280 Fdref/Seq:011005032280/000270 Bnf:Mid Ohio Sercurity Corp ID:1038043229 Bnf Bk:M Atrix Capital Bank ID:312270418 Pmt Det:Fct IRA Ac Ct 23840 Sara English Ref Envestclub | 903710050032280 |
| 10/05 | 31,335.00 | Wire Type:Wire Out Date:100501 Time:1550 Et Trn:011005031972 Fdref/Seq:011005031972/000267 Bnf:Mid Ohio Sercurity Corp ID:1038043229 Bnf Bk:M Atrix Capital Bank ID:312270418 Pmt Det:Fct IRA Ac CT23519 Allan Walker Refenvestclub | 903710050031972 |
| 10/05 | 12.00 | Wire Transfer Fee | 903710050034416 |
| 10/05 | 80.00 | Wire Transfer Fee | 903710050034409 |
| 10/05 | 100.00 | Wire Transfer Fee | 903710050035089 |
| 10/09 | 11,000.00 | Wire Type:Wire Out Date:100901 Time:1334 Et Trn:011009027358 Fdref/Seq:011009027358/000182 Bnf:T Allen Polk ID:3008827 Bnf Bk:Bank Of Murfree Sboro ID:064108414 Pmt Det:Envestclub | 903710090027358 |
| 10/09 | 19,324.00 | Wire Type:Book Out Date:100901 Time:0921 Et Trn:011009009805 Bnf:Midwest Consultants, Llc ID:000460080732 | 903710090009805 |
| 10/09 | 25,000.00 | Wire Type:Wire Out Date:100901 Time:0925 Et Trn:011009009894 Fdref/Seq:011009009894/000080 Bnf:James Stellick ID:6011765 Bnf Bk:Ent Fed Cr Un ID:307070005 | 903710090009894 |
| 10/09 | 35,000.00 | Wire Type:Wire Out Date:100901 Time:0922 Et Trn:011009009847 Fdref/Seq:011009009847/000079 Bnf:James Layton ID:20629588 Bnf Bk:City Bank ID:1 11301737 | 903710090009847 |
| 10/09 | 35,000.00 | Wire Type:Wire Out Date:100901 Time:0924 Et Trn:011009009981 Fdref/Seq:011009009981/000081 Bnf:Rh Layton ID:255297 Bnf Bk:Muleshoe State Bank ID:111316793 | 903710090009981 |
| 10/09 | 40,000.00 | Wire Type:Wire Out Date:100901 Time:0924 Et Trn:011009010031 Fdref/Seq:011009010031/000082 Bnf:Joseph Finney ID:1082154285 Bnf Bk:Bank One Co Lorado N A ID:102001017 | 903710090010031 |

# eNVESTCLUB, LTD

ST. HELIER, JERSEY
CHANNEL ISLANDS

## Statement

DECEMBER 31, 2005

LAYTON, JAMES

Anniversary Date:

| Purchase Month | Shares Purchased | Class | Price Per Share | Total Dollars Purchased | Total Shares | Statement Date | New Value Per Share* | Total Shares | New Stock value |
|---|---|---|---|---|---|---|---|---|---|
| | | D | | | | 31-Dec-01 | $3,098.53 | 88.68 | $274,777.64 |
| | | | | | | 31-Mar-02 | $3,098.53 | 88.68 | $274,777.64 |
| | | | | | | 30-Jun-02 | $3,098.53 | 88.68 | $274,777.64 |
| September-02 | Shares sold 6.45 | | $3,098.53 | $20,000.00 | 82.23 | 30-Sep-02 | $3,098.53 | 82.23 | $254,792.12 |
| | | | | | | 31-Dec-02 | $3,098.53 | 82.23 | $254,792.12 |
| | | | | | | 31-Mar-03 | $3,216.26 | 82.23 | $264,473.06 |
| | | | | | | 30-Jun-03 | $3,280.59 | 82.23 | $269,762.92 |
| | | | | | | 30-Sep-03 | $3,346.20 | 82.23 | $275,158.03 |
| | | | | | | 31-Dec-03 | $3,379.66 | 82.23 | $277,909.44 |
| | | | | | | 31-Mar-04 | $3,447.25 | 82.23 | $283,467.37 |
| | | | | | | 30-Jun-04 | $3,550.67 | 82.23 | $291,971.59 |
| | | | | | | 30-Sep-04 | $3,621.68 | 82.23 | $297,810.75 |
| | | | | PROMISSORY NOTE AMOUNT $ 278,000.00 | | | | | |
| | | | | PAY OFF AMOUNT $ 336,380.00 | | | | | |
| | | | | BAL FORWARD | | | | | |
| | | | | | | 31-Dec-04 | $3,657.90 | 5.47 | $20,000.00 |
| | | | | | | 4-Mar-05 | MONEY OUT | 0.82 | $3,000.00 |
| | | | | | | 30-Jun-05 | $3,731.06 | 4.65 | $17,349.43 |
| | | | | | | 31-Dec-05 | | | |

* This per share value is NOT the cost of a new share. Consult with the Club administrators to determine your cost for a new share, if one is to be purchased.

eNVESTCLUB IS A PRIVATE CLUB AND IS FOR THE BENEFIT OF ITS SHAREHOLDERS. ALL MEMBERS ARE FRIENDS AND FAMILY OF THE OTHER MEMBERS AND DIRECTLY OF THE PRINCIPALS. THE STOCK VALUES WILL VARY FROM MONTH TO MONTH, AND THE INITIAL GROWTH IS NOT A CERTAIN INDICATION OF FUTURE GROWTH. THE PRINCIPALS WILL DO EVERYTHING POSSIBLE TO INVEST WISELY IN VARIOUS PRODUCTS TO PROVIDE THE BEST GROWTH POSSIBLE. IT IS ALSO UNDERSTOOD THAT ALL MEMBERS ARE RESPONSIBLE FOR THEIR OWN TAXES WHEREVER APPLICABLE.



ATTACHMENT L

# eNVESTCLUB, LTD

ST. HELIER, JERSEY
CHANNEL ISLANDS

## Statement

LAYTON, JAMES

October 31, 2001

| Purchase Month | Shares Purchased | Class | Price Per Share | Total Dollars Purchased | Total Shares | Statement Date | New Value Per Share* | Total Shares | New Stock value |
|---|---|---|---|---|---|---|---|---|---|
| June-00 | 100 | D | $1,000.00 | $100,000.00 | 100 | 30-Jun-00 | $1,177.00 | 100 | $117,700.00 |
| | | | | | | 31-Jul-00 | $1,384.00 | 100 | $138,400.00 |
| | | | | | | 31-Aug-00 | $1,439.00 | 100 | $143,900.00 |
| | | | | | | 30-Sep-00 | $1,500.00 | 100 | $150,000.00 |
| | | | | | | 31-Oct-00 | $1,629.00 | 100 | $162,900.00 |
| | | | | | | 30-Nov-00 | $1,697.00 | 100 | $169,700.00 |
| | | | | | | 31-Dec-00 | $1,841.25 | 100 | $184,125.00 |
| | | | | | | 31-Jan-01 | $2,016.17 | 100 | $201,617.00 |
| | | | | | | 28-Feb-01 | $2,217.79 | 100 | $221,779.00 |
| | | | | | | 31-Mar-01 | $2,408.00 | 100 | $240,800.00 |
| | | | | | | 30-Apr-01 | $2,624.00 | 100 | $262,400.00 |
| | | | | | | 31-May-01 | $2,873.00 | 100 | $287,300.00 |
| | | | | | | 30-Jun-01 | $2,907.00 | 100 | $290,700.00 |
| | | | | | | 31-Jul-01 | $2,936.07 | 100 | $293,607.00 |
| | | | SHARES SOLD | | | 31-Aug-01 | $2,964.07 | 100 | $296,407.00 |
| Sep-01 | 11.32 | D | $3,091.53 | $35,000.00 | 88.68 | 30-Sep-01 | $3,091.53 | 88.68 | $274,156.88 |
| | | | | | | 31-Oct-01 | $3,098.53 | 88.68 | $274,777.64 |
| | | | | | | | | | $0.00 |

* This per share value is NOT the cost of a new share. Consult with the Club administrators to determine your cost for a new share, if one is to be purchased.

**eNVESTCLUB** IS A PRIVATE CLUB AND IS FOR THE BENEFIT OF ITS SHAREHOLDERS.  ALL MEMBERS ARE FRIENDS AND FAMILY OF THE OTHER MEMBERS AND DIRECTLY OF THE PRINCIPALS.  THE STOCK VALUES WILL VARY FROM MONTH TO MONTH, AND THE INITIAL GROWTH IS NOT A CERTAIN INDICATION OF FUTURE GROWTH.  THE PRINCIPALS WILL DO EVERYTHING POSSIBLE TO INVEST WISELY IN VARIOUS PRODUCTS TO PROVIDE THE BEST GROWTH POSSIBLE.  IT IS ALSO UNDERSTOOD THAT ALL MEMBERS ARE RESPONSIBLE FOR THEIR OWN TAXES WHEREVER APPLICABLE.

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201

Account Reference Information
Account Number: ▓▓▓▓▓▓ 1099
Tax ID Number: ▓▓▓▓8176
E 0  0 A Enclosures 0
Statement Period
10/01/01 through 10/31/01

TABLETALK, INC.

Page 3 of 6

## Business Economy Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 10/05 | 10,000.00 | Wire Type:Wire Out Date:100501 Time:1239 Et Trn:011005017341 Fdref/Seq:011005017341/000129 Bnf:Dennis Houchen ID:194311173471 Bnf Bk:U.S. Bank, N.A. ID:102000021 Pmt Det:Ref: Envestclub | 903710050017341 |
| ?/05 | 10,000.00 | Wire Type:Intl Out Date:100501 Time:1240 Et Trn:011005017401 Bnf:Nigel Francis ID:06037685 Bnf Bk:Barbados National Bank ID:Bnbabbbb Pmt Det:/Tele/ | 903710050017401 |
| 10/05 | 18,030.00 | Wire Type:Wire Out Date:100501 Time:1556 Et Trn:011005032280 Fdref/Seq:011005032280/000270 Bnf:Mid Ohio Sercurity Corp ID:1038043229 Bnf Bk:Matrix Capital Bank ID:312270418 Pmt Det:Fct IRA Act 23840 Sara English Ref Envestclub | 903710050032280 |
| 10/05 | 31,335.00 | Wire Type:Wire Out Date:100501 Time:1550 Et Trn:011005031972 Fdref/Seq:011005031972/000267 Bnf:Mid Ohio Sercurity Corp ID:1038043229 Bnf Bk:Matrix Capital Bank ID:312270418 Pmt Det:Fct IRA Act CT23519 Allan Walker Refenvestclub | 903710050031972 |
| 10/05 | 12.00 | Wire Transfer Fee | 903710050034416 |
| 10/05 | 80.00 | Wire Transfer Fee | 903710050034409 |
| 10/05 | 100.00 | Wire Transfer Fee | 903710050035089 |
| 10/09 | 11,000.00 | Wire Type:Wire Out Date:100901 Time:1334 Et Trn:011009027358 Fdref/Seq:011009027358/000182 Bnf:T Allen Polk ID:3008827 Bnf Bk:Bank Of Murfreesboro ID:064108414 Pmt Det:Envestclub | 903710090027358 |
| 10/09 | 19,324.00 | Wire Type:Book Out Date:100901 Time:0921 Et Trn:011009009805 Bnf:Midwest Consultants, Llc ID:000460080732 | 903710090009805 |
| 10/09 | 25,000.00 | Wire Type:Wire Out Date:100901 Time:0923 Et Trn:011009009894 Fdref/Seq:011009009894/000080 Bnf:James Stellick ID:6011765 Bnf Bk:Ent Fed Cr Un ID:307070005 | 903710090009897 |
| 10/09 | 35,000.00 ✓ | Wire Type:Wire Out Date:100901 Time:0922 Et Trn:011009009847 Fdref/Seq:011009009847/000079 Bnf:James Layton ID:20629588 Bnf Bk:City Bank ID:111301737 | 903710090009847 |
| 10/09 | 35,000.00 | Wire Type:Wire Out Date:100901 Time:0924 Et Trn:011009009981 Fdref/Seq:011009009981/000081 Bnf:Rh Layton ID:255297 Bnf Bk:Muleshoe State Bank ID:111316793 | 903710090009981 |
| 10/09 | 40,000.00 | Wire Type:Wire Out Date:100901 Time:0924 Et Trn:011009010031 Fdref/Seq:011009010031/000082 Bnf:Joseph Finney ID:1082154285 Bnf Bk:Bank One Colorado N A ID:102001017 | 903710090010031 |

Bank of America
TABLETALK, INC.

Page 2 of 3
Account Number: 1099
E 0    0  A  Enclosures 0         45
Statement Period
09/01/02 through 09/30/02        0037545

## Business Economy Checking

### Withdrawals and Debits - Continued

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1789 * | 900.00 | 09/09 | 813002250547536 | 1801 | 1,000.00 | 09/12 | 813002250160402 |
| 1790 | 33.11 | 09/05 | 813002150486268 | 1802 | 25,000.00 | 09/13 | 813002150728013 |
| 1791 | 187.77 | 09/04 | 813002550149865 | 1803 | 176.09 | 09/13 | 813002350619850 |
| 1792 | 1,500.00 | 09/04 | 813002350266852 | 1804 | 400.00 | 09/11 | 813002350369246 |
| 1793 | 2,000.00 | 09/05 | 813002350474808 | 1805 | 35.00 | 09/12 | 813002150487667 |
| 1794 | 1,100.00 | 09/04 | 813002350124621 | 1806 | 3,000.00 | 09/12 | 813002150478466 |
| 1796 * | 1,500.00 | 09/11 | 813002350366710 | 1807 | 1,980.00 | 09/16 | 813002350058119 |
| 1797 | 21,443.40 | 09/09 | 813002150072492 | 1808 | 1,500.00 | 09/19 | 813002250834749 |
| 1798 | 2,000.00 | 09/13 | 813002350747516 | 1810 * | 1,930.00 | 09/18 | 813002350682151 |
| 1799 | 15,000.00 | 09/09 | 813002250531777 | 1811 | 7,200.00 | 09/27 | 813002350435652 |
| 1800 | 500.00 | 09/09 | 813002250503275 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

#### Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 09/05 | 15,000.00 | Wire Type:Intl Out Date:090502 Time:1404 Et Trn:020905023741 Fdref/Seq:020905023741/000140 Bnf:John Dunford ID:003071914503165 Bnf Bk:Royal Bank Of Canada ID:Royccat2 Pmt Det:/Tele/ | 903709050023741 |
| 09/05 | 20,000.00 | Wire Type:Wire Out Date:090502 Time:1326 Et Trn:020905020878 Fdref/Seq:020905020878/000111 Bnf:Joseph Finney ID:1082154285 Bnf Bk:Bnak One, NA, 1125 17Th ID:102001017 | 903709050020878 |
| 09/05 | 20,000.00 | Wire Type:Wire Out Date:090502 Time:1328 Et Trn:020905021160 Fdref/Seq:020905021160/000114 Bnf:James Layton ID:20629588 Bnf Bk:City Bank ID:111301737 Pmt Det:From E Club | 903709050021160 |
| 09/05 | 55,000.00 | Wire Type:Wire Out Date:090502 Time:1327 Et Trn:020905021040 Fdref/Seq:020905021040/000112 Bnf:James Stellick ID:6011765100 Bnf Bk:Ent Fed Cr Un ID:307070005 Pmt Det:Ref From E Club | 903709050021040 |
| 09/05 | 10.00 | Wire Transfer Fee | 903709050035970 |
| 09/05 | 25.00 | Wire Transfer Fee | 903709050036389 |
| 09/05 | 25.00 | Wire Transfer Fee | 903709050036387 |
| 09/05 | 25.00 | Wire Transfer Fee | 903709050036386 |
| 09/05 | 45.00 | Wire Transfer Fee | 903709050036486 |
| 09/06 | 5,001.00 | Wire Type:Intl Out Date:090602 Time:1433 Et Trn:020906024971 Bnf:Peter Johnson ID:4506090 Bnf Bk:Bank Of Montreal, The ID:Bofmcam2 Pmt Det:From Jf /Tele/ | 903709060024971 |
| 09/06 | 45.00 | Wire Transfer Fee | 903709060035924 |
| 09/11 | 3,000.00 | Wire Type:Wire Out Date:091102 Time:1041 Et Trn:020911008539 Fdref/Seq:020911008539/000049 Bnf:William D Hall ID:004602048 Bnf Bk:Rancho Santa Fe Nationa ID:122239063 Pmt Det:From J Finney | 903709110008539 |
| 09/11 | 25.00 | Wire Transfer Fee | 903709110030522 |

BERBROOK, LTD

PAGE 2 of 4  
Account Number: ██████4384  
Statement End Date: 03/31/05

## DEPOSITS AND CREDITS

| EFFECTIVE DATE | POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|---|
| | MAR 02 | WT FED#00423 U.S. BANK,N.A. /ORG=US BANK WASHINGTON NATIONAL ASSOCIA SRF# 050302009600 TRN#050302026495 RFB# | 5,000.00 |
| | MAR 07 | WT FED#00035 FLEET NATIONAL BAN /ORG=GLOBAL FINANCIAL FUND 8 LLP SRF# 050307011100 TRN#050307014630 RFB# | 37,866.63 |
| | MAR 10 | WT FED#01711 WALTER B OR LOUISE /ORG=WALTER B OR LOUISE HUNTER SRF# 2005031000113441 TRN#050310049282 RFB# 01050310005533NN | 80,000.00 |

## WITHDRAWALS AND DEBITS

| EFFECTIVE DATE | POSTED DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|---|
| | MAR 02 | WT SEQ#25730 CORP SERVICES OF NV INC /BNF= SRF# TRN#050302025730 RFB# | -1,000.00 |
| | MAR 02 | WT FED#00525 U.S. BANK,N.A. /FTR/BNF=HOWARD BROOKS SRF# TRN#050302025806 RFB# | -5,000.00 |
| | MAR 07 | CLIENT ANALYSIS SRVC CHRG 050304 SVC CHGE 0205 000003246304384 | -103.37 |
| | MAR 07 | WT FED#00057 CITY BANK /FTR/BNF=J E OR WANDA LAYTON SRF# TRN#050304063324 RFB# | -3,000.00 ✓ |
| | MAR 07 | WT FED#00060 U.S. BANK,N.A. /FTR/BNF=HOWARD BROOKS SRF# TRN#050304063288 RFB# | -5,000.00 |
| | MAR 07 | WT FED#00061 LIBERTY BANK /FTR/BNF=KIMBERLY WRIGHT SRF# TRN#050304063300 RFB# | -5,000.00 |
| | MAR 07 | CHECK CRD PURCHASE 03/06 WWW.PALMONE.COM 800-881-7256 PA 491990XXXXXX7602 066504105165943 ?MCC=5941 321270742DA | -549.00 |
| | MAR 08 | WT SEQ#58405 GUARDIAN HOLDINGS USA L /BNF= SRF# TRN#050308058405 RFB# | -10,000.00 |
| | MAR 08 | WT FED#01474 SOUTHTRUST BK OF A /FTR/BNF=LOWELL SALLEE SRF# TRN#050308047215 RFB# | -30,000.00 |
| | MAR 11 | WT FED#00601 MATANUSKA VALLEY F /FTR/BNF=GREG LYNCH SRF# TRN#050311024021 RFB# | -5,000.00 |
| | MAR 11 | WT SEQ#24146 RENAISSANCE CAPITAL HOL /BNF= SRF# TRN#050311024146 RFB# | -9,000.00 |
| | MAR 14 | WT FED#01365 TRUSTMARK NATIONAL /FTR/BNF=LANA G MASON SRF# TRN#050314045076 RFB# | -80,300.00 |
| | MAR 14 | CHECK CRD PURCHASE 03/10 APPLE STORE #R019 TAMPA FL 491990XXXXXX7602 072504109344101 ?MCC=5045 321270742DA | -212.93 |
| | MAR 21 | WT FED#00314 AMARILLO NATIONAL /FTR/BNF=IRVING BRAUER SRF# TRN#050321014848 RFB# | -500.00 |

CONTINUED ON NEXT PAGE

Amount:        $5,000.00          Sequence Number:      7781
Account                           
Bank Number:   12240072           Check Number:    1700

---

**TABLETALK RESEARCH, INC.**  05/00
2949 E. DESERT INN RD., STE. 1
LAS VEGAS, NV  89121-3607

Check No. 1700

DATE 04-01-02

PAY TO THE ORDER OF  Kurt Olsen   $ 5,000.00

Five Thousand & 00/100   DOLLARS

**Bank of America**
ACH R/T 122400724

FOR  Payout from eNVESTCLUB Per Request

Ronald R. Huber

---

ATTACHMENT M

## Investors Attributed to Mark Sutton

| # | Entity | Invested | Government Verified | Documented Repayments | Notes | Net Gain | Net Loss |
|---|---|---|---|---|---|---|---|
| 1 | Bainey, Brad | 10,000 | | 14,421 | TableTalk Ck 1847 | 4,421 | |
| 2 | Bredahl, Larry and Carol | 73,000 | | | | | (73,000) |
| 3 | English, Wayne & Sarah | 19,940 | 19,940 | 28,230 | | 8,290 | |
| 4 | Fain, Steven | 25,000 | | | | | (25,000) |
| 5 | Hall, William (Bill) Dr. | | | | NOT Sutton's - See Separate Sheet | | |
| 6 | Harrison Raymond (Tropical) | 10,000 | 10,000 | 11,976 | | 1,976 | |
| 7 | Haugen, Dr. Carl | 101,212 | 15,000 | 22,000 | Noted on Envest 12/31/05 Statement | | (79,212) |
| | | | | | ALSO Envest 12/31/04 shows $108,000 Promissory Note | | |
| 8 | LaBerge, Scott | 10,000 | | 16,887 | PAID - Envest 6/30/02 Statement | 6,887 | |
| 9 | Layton, Harold & Norma | 100,000 | 100,000 | 136,000 | | 36,000 | |
| | | | | | Three TT wires on 10/01 ALSO Envest 12/31/04 shows Promissory Note | | |
| 10 | Layton, James and Wanda | 100,000 | 65,000 | 58,000 | | | (42,000) |
| | | | | | TT Wires 10/01 $35K; 9/02 $20k and BB Wire 3/05 $3k ALSO Envest 12/31/04 shows $278,000 Note | | |
| 11 | Mischke, Duane | 10,000 | | | | | (10,000) |
| 12 | Olson, Kurt | 10,000 | | 5,000 | Table Talk Ck 1700 | | (5,000) |
| 13 | Plimpton, Robert L. | 135,000 | | | | | (135,000) |
| 14 | Russ, Doug (H.D, Trust) | 10,000 | | 5,000 | Noted on Envest 12/31/05 Statement | | (5,000) |
| 15 | Spaeth, John (Auger) | 10,000 | | 10,000 | Noted on Envest 12/31/05 Statement | 0 | |
| 16 | Tollberg, Kenton | 50,000 | | | ALSO Envest 12/31/04 shows $67,500 Promissory Note | | (50,000) |
| 17 | Treiber, Jeffery (Regency) | 10,000 | | | | | (10,000) |
| | Summary Totals | $684,152 | $209,940 | $307,514 | Gain | $57,574 | |
| | | | | | Actual Loss | | ($434,212) |
| | | | | | Net Loss | | ($376,638) |

| Entity | Invested | Government Verified | Documented Repayments | Notes |
|---|---|---|---|---|
| Hall, William (Bill) Dr. | 1,000,000 | 202,365 | $213,215 | NOT Sutton's - See Separate Sheet |

ATTACHMENT N

REVISION # 1

Page 1 of 1