UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-349(2) (DWF/SRN)

_____

United States of America,

        Plaintiff,                  **SUTTON OBJECTION TO GOVERNMENT MOTION FOR ORDER OF FORFEITURE**

vs.

Mark S. Sutton,

        Defendant.

_____

Defendant Mark S. Sutton, by and through undersigned counsel and pursuant to Rule 32.2 (b) of the Federal Rules of Criminal Procedure, hereby objects to the government's proposed Order of Forfeiture for the following reasons:

1. Because of the complexity of the instant case and the uncertainty as to exact amounts, a hearing pursuant to Rule 32.2(b) is necessary in order to properly address these issues.

2. The government's suggested forfeiture amount of $308,901.00 (for the purposes of obtaining a personal money judgment) includes monies that were commissions paid to Golden Thread (Randy Russ) and therefore are not properly forfeitable as to Mark Sutton. The Mark Sutton figure is as delineated in Attachment O - - $194,776.

3. The amount of $194,776.00 is not subject to forfeiture because it was not laundered money. The commissions paid

to Mark Sutton and the other recruiters were not laundered funds for the purposes of pursuant to 18 U.S.C. § 982(a)(1).

For the forgoing reasons this, Court is requested to resist the government's premature attempt to set forfeiture amounts and to allow due process under Rule 32.2 (b) of the Federal Rules of Criminal Procedure to prevail.

Dated: June 8, 2011          Respectfully submitted,

                                           **WILLIAM M. ORTH**

                             By    s/William M. Orth
                                     William M. Orth
                                     MN No. 127504; WI No. 1019335
                                     247 Third Avenue South
                                     Minneapolis, MN 55415
                                     (612) 333-6440

                                     Attorney for Defendant