# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: Cr 09-349(2)DWF/SER |
| Mark S. Sutton (2), Defendant. | Date: June 9, 2011 |
| | Court Reporter: Jeanne Anderson |
| | Time Commenced: 2:04 p.m. |
| | Time Concluded: 3:45 p.m. |
| | Time in Court: 1 Hour & 41 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Robert Lewis
    For Defendant:    William Orth  ☒ Retained

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | | X | 42 months | | 3 years | | |
| 2 | | X | 42 months | | 3 years | | |
| 3 | | X | 42 months | | 3 years | | |

All above terms to run   ☒ concurrently

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of $1,241,847.25 joint and several with co-defendant Joseph Finney.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $300.00.

☐ Plea and plea agreement accepted.
☐ Execution of sentence of imprisonment suspended until.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is  ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

s/B. Schaffer<br>Calendar Clerk